Case: 2:17-cr-00208-EAS Doc #: 61 Filed: 02/02/24 Page: 1 of 1  PAGEID #: 143

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| | |
|---|---|
| United States of America <br> v. <br> Dashawn Anthony Rogan Starnes <br> Date of Original Judgment: 08/28/2018 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | Case No: 2:17-cr-00208-001 <br> USM No: 77097-061 <br> Laura E. Byrum <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __77__ months is reduced to __70 months__.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant was originally sentenced to 77 months imprisonment on count 1; 84 months imprisonment on count 2, to run consecutively to counts 1 and 3, but concurrently to count 4; 77 months imprisonment on count 3, to run concurrently to an other counts; and 43 months imprisonment on count 4, to run consecutively to counts 1 and 2, but concurrently to count 3. The aggregate sentence for all the counts was 204 months.

By this order, the sentences on Counts 1 and 3 will be reduced to 70 months, resulting in an aggregate sentence for all counts of 197 months.

Except as otherwise provided, all provisions of the judgment dated __08/28/2018__ shall remain in effect.
**IT IS SO ORDERED.**

| | |
|---|---|
| Order Date: __02/02/2024__ | s/Edmund A. Sargus, Jr. <br> *Judge's signature* |
| Effective Date: __02/01/2024__ <br> *(if different from order date)* | Edmund A. Sargus, District Judge <br> *Printed name and title* |